**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00059-CV

**DONAL R. SCHMIDT, JR., THIMOTHY S. WAFFORD, AND S&W AIRCRAFT LEASING, LLC, Appellants**

**V.**

**P.I. HOLDINGS I, INC., AND COMPASS BANK, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02486**

## ORDER

Based on the record before us, we **GRANT** appellants' motion for extension of time to appeal. Appellants' notice of appeal filed in the trial court on January 16, 2014 is considered timely for jurisdictional purposes.

/Ada Brown/
ADA BROWN
JUSTICE